**ORDERED.**

1

Ross K. Meiners, Esq., #26064
**MEINERS LAW OFFICE, PLC**

2

2 E. Congress St., Suite 900
Tucson, AZ 85701

**Dated: August 04, 2010**

3

Tel. (520) 777-2198
Fax (520) 202-7317

4

ross@meinerslaw.com

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

5

**Attorneys for Debtors**

_____

6

7

**UNITED STATES BANKRUPTCY COURT**

8

**FOR THE DISTRICT OF ARIZONA**

9

10

In Re:

) In Proceedings Under Chapter 13
)

11

RONALD FLORES,

) Case No. 4:10-16187-EWH
)

12

FRANCES A. FLORES,

) **ORDER AVOIDING LIEN OF GREEN TREE**
) **SERVICING, LLC  ON REAL PROPERTY**

13

Debtors.

)
)

14

)
)

15

)
)

16

)
)

17

18

On July 6, 2010, RONALD and FRANCES A. FLORES filed a Motion to value the lien of

19

GREEN TREE SERVICING, LLC. (hereinafter "Lienholder") against the property commonly known as

20

7101 W. Prospect Valley Dr., Tucson, AZ 85746, and more fully described in Exhibit "A" hereto, which

21

lien was recorded in Pima County on or about March 3, 2006 (hereinafter the "Lien").

22

The court finds that notice of the Motion upon Lienholder was proper.  Lienholder having failed

23

to file timely opposition to Debtor's Motion, the court hereby orders as follows:

24

(1)     For purposes of Debtors' Chapter 13 plan only, the Lien is valued at zero.  Lienholder

25

does not have a secured claim and the Lien may not be enforced, pursuant to 11 U.S.C. 506,

26

1322(b)(2) and 1327, provided that the Chapter 13 case is completed and the Debtors receive a

27

discharge.

28

(2)  This order shall become part of Debtors' confirmed Chapter 13 Plan.

(3)  Upon entry of a discharge in Debtors' Chapter 13 case, the Lien shall be voided for all purposes, and, upon application by Debtors, the Court will enter an appropriate form of judgment voiding the Lien.

(4)  If Debtors' Chapter 13 case is dismissed or converted to Chapter 7 before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law and, upon application by Lienholder, the Court will enter an appropriate form of order restoring the Lien.

(5)  Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this order remains in effect.

1

Exhibit "A"

2

<u>Legal Description</u>

3

LOT 197 IN STAR VALLEY VILLAGE A SUBDIVISION ACCORDING TO THE PLAT OF

4

RECORD IN THE OFFICE OF THE COUNTY RECORDER IN PIMA COUNTY, ARIZONA,

5

RECORDED IN BOOK 51, AT PAGE 87 AND AS CORRECTED BY DECLARATION OF

6

SCRIVENER'S ERROR RECORDED IN DOCKET 11006, PAGE 41 AND IN DOCKET

7

22081, PAGE 488.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28